**UNITED STATES DISTRICT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

**UNITED STATES OF AMERICA**

    **Plaintiff,**

                                Case No: 06-20137
                                Honorable Denise Page Hood

v.

**YOUSEF SAFIEDINE,**

    **Defendant.**

_____

**ORDER RE: VARIOUS MOTIONS**

These matters having come before the Court on February 7, 2007, and for the reasons stated on the record,

IT IS ORDERED that Defendant's Motion in Limine Regarding Records Relating to Safiedine Inc., [**Docket No. 12, filed on November 20, 2006**] is GRANTED IN PART AND DENIED IN PART.

IT IS FURTHER ORDERED that Defendant's Motion in Limine Regarding Mrs. Safiedine [**Docket No. 13, filed on November 20, 2006**] is GRANTED.

IT IS FURTHER ORDERED that Defendant's Motion in Limine Regarding Accounting Records Relating to JLJ Enterprises, Inc. and MTK Family Investments [**Docket No. 14, filed on November 20, 2006**] is GRANTED IN PART AND DENIED IN PART.

IT IS FURTHER ORDERED that Defendant's Motion in Limine Regarding The Search of JLJ Enterprises, Inc. and MTK Family Investments [**Docket No. 15, filed on November 20, 2006**] is GRANTED.

IT IS FURTHER ORDERED that Defendant's Motion in Limine Regarding Fadi Safiedine and Michigan Properties, LLC [**Docket No. 16, filed on November 20, 2006**] is MOOT.

IT IS FURTHER ORDERED that Defendant's Motion in Limine Regarding Expenditure Information [**Docket No. 17, filed on November 20, 2006**] is DENIED.

Dated: September 10, 2007        /s/ Denise Page Hood
DENISE PAGE HOOD
United States District Court Judge

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 10, 2007, by electronic and/or ordinary mail.

S/William F. Lewis
Case Manager